UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
JOHN SMITH,                                            :
                                                       :
                              Plaintiff                :
                                                       :          22-CV-7384 (VSB)
                   -against-                            :
                                                       :      **ORDER AND NOTICE OF**
DEPUTY SUPERINTENDENT EILEEN                           :      **INITIAL CONFERENCE**
GONZALEZ-RUSSELL, DEPUTY                               :
SUPERINTENDENT FOR PREA ELAINE                         :
VELEZ, DOCTOR MICHELLE SMALL,                          :
OFFENDER REHABILITATION                                :
COORDINATOR LAURA SCHADE, PREA                         :
SERGEANT I. MEDINA, SUPERVISING                        :
OFFENDER REHABILITATION                                :
COORDINATOR JOY DEJESUS, and                           :
SUPERINTENDENT AMY LAMANNA in                          :
their individual capacities                            :
                              Defendants.  :
-------------------------------------------------------X


<u>VERNON S. BRODERICK, United States District Judge</u>:

      This case has been assigned to me for all purposes.  It is hereby:

      ORDERED that the Court will not be holding an initial pretrial conference.

      IT IS FURTHER ORDERED that, by February 16, 2023, the parties submit a joint letter,

not to exceed three (3) pages, providing the following information in separate paragraphs:

1.     A brief description of the nature of the action and the principal defenses thereto;

2.     A brief explanation of why jurisdiction and venue lie in this Court.  If any party is a corporation, the letter shall state both the place of incorporation and the principal place of business.  If any party is a partnership, limited partnership, limited liability company or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners and/or trustees;

3.     A brief description of all contemplated and/or outstanding motions;

4.      A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5.      A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6.      The estimated length of trial; and

7.      Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that the parties also jointly submit to the Court a proposed case management plan and scheduling order.  A template for the order is available at http://nysd.uscourts.gov/judge/Broderick.  The status letter and the proposed case management plan should be filed electronically on ECF, consistent with Section 13.1 of the Court's Electronic Case Filing (ECF) Rules & Instructions, available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

SO ORDERED.

Dated:    June 2, 2023
         New York, New York

Vernon S. Broderick
United States District Judge