UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                 :

JOHN SMITH,                           :

                            :

                    Plaintiff    :                                                  

                            :                22-CV-7384 (VSB)

                -against-            :

                            :                      **ORDER**

DEPUTY SUPERINTENDENT EILEEN    :
GONZALEZ-RUSSELL, DEPUTY        :
SUPERINTENDENT FOR PREA ELAINE   :
VELEZ, DOCTOR MICHELLE SMALL,    :
OFFENDER REHABILITATION         :
COORDINATOR LAURA SCHADE, PREA  :
SERGEANT I. MEDINA, SUPERVISING   :
OFFENDER REHABILITATION         :
COORDINATOR JOY DEJESUS, and     :
SUPERINTENDENT AMY LAMANNA in    :
their individual capacities            :
                       Defendants.  :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

         The Clerk of Court is respectfully directed to strike the Order at Doc. 34 from the docket.

The Case Management Plan and Scheduling Order at Doc. 32 remains the operative scheduling

order for this case.

SO ORDERED.

Dated:     June 5, 2023
           New York, New York

                                            Vernon S. Broderick
                                            United States District Judge