UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN SMITH,<br><br>        Plaintiff,<br><br>  -against-<br><br>EILEEN GONZALEZ-RUSSELL, et al.,<br><br>        Defendants. | 22-CV-7384 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  As discussed at today's conference, any documents related to the OSI investigation must be produced by Friday, February 23, 2024.

  Motions for summary judgment are due by March 18, 2024, with opposition briefs due April 8 and replies due April 22.

  SO ORDERED.

Dated: February 14, 2024
   New York, New York

                      ARUN SUBRAMANIAN
                     United States District Judge